United States Bankruptcy Court
Southern District of Florida

In re:  
Juan Carlos Nunez  
    Debtor

Case No. 12-20304-RAM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1    User: valenciay    Page 1 of 2    Date Rcvd: May 14, 2012  
    Form ID: CGFD4    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2012.  
db    +Juan Carlos Nunez,   4347 E 9th Ct,   Hialeah, FL 33013-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg    EDI: FLDEPREV.COM May 15 2012 00:13:00      Florida Department of Revenue,    POB 6668,  
    Bankruptcy Division,    Tallhassee, FL  32314-6668  
ust    +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 15 2012 03:42:31      Office of the US Trustee,  
    51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614  
    TOTAL: 2

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1          User: valenciay              Page 2 of 2                  Date Rcvd: May 14, 2012
                              Form ID: CGFD4              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2012 at the address(es) listed below:
          Nancy N Herkert    e2c8f01@ch13herkert.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                        TOTAL: 2

**CGFD4** (5/4/12)



ORDERED in the Southern District of Florida on May 14, 2012

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−20304−RAM
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Juan Carlos Nunez
4347 E 9th Ct
Hialeah, FL 33013

SSN: xxx−xx−5673

### ORDER DISMISSING CASE FOR FAILURE OF DEBTOR TO CORRECT FILING DEFICIENCY

The above referenced case was filed on **April 27, 2012** and was deficient as indicated below:

> The petition was not accompanied by a service matrix as required pursuant to Local Rule 1007−2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" or was otherwise deficient.

**A Notice was issued by the clerk directing the debtor to correct the above noted deficiency(ies) not later than 05/04/2012. The debtor has failed to comply with this notice.**

It is **ORDERED** that:

1) In accordance with 11 U.S.C. § 105(a), Local Rule 1001−1(D), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor earlier than 180 days from entry of this order.

2) All pending motions are denied as moot.

3) (If applicable) The debtor shall immediately pay to Clerk, U.S. Court $ **231.00** for the balance of the filing fee as required

      by Local Rule 1017–2(E). This court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4) In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5) (If applicable), the trustee shall file a final report within 14 days of the date of this order.

*# # #*

The clerk shall serve a copy of this order on all parties of record.